THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD K. DAVIS, Appellant. [836 NYS2d 481]—Appeal from a judgment of the Steuben County Court (Marianne Furfure, J.), rendered October 24, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.